AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

FILED: 12/23/25
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

United States of America
v.
Scott Bernard Gann

*Defendant(s)*

Case No. 4:25MJ417

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 17, 2025 in the county of Collin in the Eastern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Influencing, impeding, or retaliating against a federal official by threatening to kill. |

This criminal complaint is based on these facts:

See Deputy U.S. Marshal Brandon Corbett, USMS affidavit attached hereto.

☑ Continued on the attached sheet.

BRANDON CORBETT
Digitally signed by BRANDON CORBETT
Date: 2025.12.23 16:59:43 -06'00'

*Complainant's signature*

Deputy U.S. Marshal Brandon Corbett, USMS

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means.

12/23/2025
17:47:34

*Judge's signature*

Date: 12/23/2025

City and state: Plano, Texas

Hon. Bill Davis, U.S. Magistrate Judge

*Printed name and title*